UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **MG ALIMENTOS, INC.**, a Texas corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>**MFC FOOD SERVICE, LLC**, d/b/a **FULL LINE FOOD COMPANY**, a Texas limited liability company; and **MINGFA QU**, an individual,<br><br>　　　　Defendants. | Case No. 4:20-cv-00300 |

**PLAINTIFF'S APPLICATION FOR CLERK'S DEFAULT
AGAINST DEFENDANTS**

In accordance with FRCP 55(a), MG Alimentos, Inc. ("MG") requests the Clerk to enter a Default against Defendant, Mingfa Qu ("Qu"), attaching the undersigned counsel's Declaration (Exhibit "A"), and stating the following to support this request:

　　1.　　On January 27, 2020, MG commenced this lawsuit [DE 1].

　　2.　　The Proof of Service states that Defendant, Mingfa Qu was served with the Summons and Complaint on January 30, 2020, making February 20, 2019, the deadline for the filing of a responsive pleading [DE 6].

　　3.　　Mingfa Qu has failed to file an Answer or responsive pleading by the deadline to do so. *See,* Docket.

　　4.　　Mingfa Qu was personally served; and, upon information and belief, he is not an infant, an incompetent person, or in the Armed Forces of the United States, as defined by the Soldiers' and Sailors' Civil Relief Act of 1940.

Page 1 of 2

Respectfully submitted on Tuesday, February 25, 2020.

**PAGEL DAVIS & HILL, P.C.**

/s/Michael A. Harris
Michael A. Harris
State Bar No. 24046030
1415 Louisiana, 22nd Floor
Houston, TX  77002
Tel:   713/951-0160
Fax:   713/951-0662
email: mah@pdhlaw.com

Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system. And, I hereby certify that I will mail the document by U.S. Mail Certified, Return Receipt Requested to:

Minga Qu                              *CMRRR: 70141200000076587457*
6106 Abercrombie Lane
Sugar Land, Texas 77479

/s/Michael A. Harris
Michael A. Harris