United States District Court
Southern District of Texas
**ENTERED**
June 02, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MG ALIMENTOS, INC., a Texas corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MFC FOOD SERVICE, LLC, d/b/a FULL LINE FOOD COMPANY, a Texas limited liability company; and MINGFA QU, an individual,<br><br>　　　　Defendants. | Case No. 4:20-cv-00300 |

### ORDER GRANTING PLAINTIFF'S MOTION FOR <u>DEFAULT JUDGMENT AGAINST DEFENDANTS</u>

Before this Court is the Motion filed by Plaintiff, MG Alimentos, Inc., a Texas corporation, for Default Judgment against Defendants, MFC Food Service, LLC, a Texas limited liability company doing business as Full Line Food Company, and Mingfa Qu. Defendants have not answered the Complaint, and the time to do so has expired. The Clerk of the Court has issued Defaults against Defendants [DE 10, 14]. Accordingly, it is hereby ordered:

1.　Plaintiff's Motion for Default Judgment against Defendants is granted.

2.　Judgment is entered in favor of Plaintiff, MG Alimentos, Inc. and against Defendant, MFC Food Service d/b/a Full Line Food Company in the principal amount of $59,832.00, along with taxable costs in the amount of $596.60, pre-judgment interest in the amount of $13,867.62 through April 30, 2020, with a daily per diem of $29.51 through the date of this Judgment, and attorneys' fees totaling $12,202.00, for a total judgment amount of

$83,316.22, plus post-judgment interest at the rate ~~stated in 28 U.S.C. §1961~~ of 9% [initials], until satisfied, for which let execution issue.

3.  Judgment is entered in favor of Plaintiff, MG Alimentos, Inc. and against Defendant, Mingfa Qu, in the principal amount of $59,832.00, along with taxable costs in the amount of $596.60, pre-judgment interest in the amount of $13,867.62 through April 30, 2020, with a daily per diem of $29.51 through the date of this Judgment, and attorneys' fees totaling $12,202.00, for a total judgment amount of $83,316.22, plus post-judgment interest at the rate stated in 28 U.S.C. §1961, until satisfied, for which let execution issue.

4.  Plaintiff, MG Alimentos, Inc. has a valid claim under the trust provisions of the Perishable Agricultural Commodities Act of 1930 ("PACA"), as amended, 7 U.S.C. §499e(c) against Defendants, MFC Food Service, LLC d/b/a Full Line Food Company, for the total judgment amount of $83,316.22.

DONE AND ORDERED in Chambers at Houston, Texas, on this 1st day of JUNE, 2020.

_____
Lynn N. Hughes
United States District Court Judge